**Copyrights-In-Suit for IP Address 98.213.33.131**

**ISP:** Comcast Cable
**Location:** Palatine, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 04/08/2013 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/23/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 03/04/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/04/2013 |
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 09/10/2012 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 09/12/2012 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 03/04/2013 |
| Apartment in Madrid | PA0001826992 | 02/16/2013 | 02/18/2013 | 03/04/2013 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 09/13/2012 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 09/17/2012 |
| Carlie Beautiful Blowjob | PA0001762079 | 03/26/2010 | 11/21/2011 | 10/31/2012 |
| Carmen An Afternoon to Remember | PA0001775902 | 02/13/2012 | 02/17/2012 | 03/04/2013 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 09/13/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 09/13/2012 |
| Dangerous Game | PA0001810505 | 10/10/2012 | 10/14/2012 | 12/16/2012 |
| Deep Longing | PA0001825722 | 02/05/2013 | 02/07/2013 | 03/04/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 04/08/2013 |
| Finding Elysium | PA0001814784 | 11/15/2012 | 11/19/2012 | 12/16/2012 |
| First Love | PA0001806476 | 09/05/2012 | 09/25/2012 | 09/08/2012 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 09/13/2012 |
| Happy Ending | PA0001780464 | 12/12/2011 | 03/10/2012 | 09/13/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/16/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 09/13/2012 |
| Little Lover | PA0001794976 | 04/30/2012 | 05/02/2012 | 09/13/2012 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 04/08/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 04/08/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 09/12/2012 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 09/11/2012 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 03/04/2013 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 09/11/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/04/2013 |
| Seeing Double | PA0001824840 | 02/02/2013 | 02/07/2013 | 03/04/2013 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/13/2012 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 12/16/2012 |

EXHIBIT B

NIL94

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 01/23/2013 |
| Tarde Espanola | PA0001815345 | 11/02/2012 | 11/19/2012 | 12/16/2012 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 09/10/2012 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 09/13/2012 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 09/13/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 04/08/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 09/14/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 09/12/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 04/08/2013 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 03/04/2013 |
| Unforgettable View #2 | PA0001817765 | 12/13/2012 | 12/16/2012 | 12/16/2012 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 01/23/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/13/2013 | 03/04/2013 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 12/16/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 03/04/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 09/14/2012 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/23/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 09/11/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/31/2012 |

**Total Malibu Media, LLC Copyrights Infringed: 53**

EXHIBIT B

NIL94